No. 84-1239.   YOUNG v. LEHMAN, SECRETARY OF THE NAVY. C. A. 4th Cir.   Certiorari denied.   JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR dissent and would grant the petition for writ of certiorari, vacate the judgment, and remand the case to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Anderson* v. *Bessemer City*, 470 U. S. 564 (1985). ▮

No. 84-1350.   COHEN, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. v. BETSON ET AL.   C. A. 3d Cir.   Motion of respondents Betson and Woodward for leave to proceed *in forma pauperis* granted.   Certiorari denied. ▮

No. 84-1357.   UNITED STATES v. MORGAN.   C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. ▮

No. 84-1386.   MORRISSEY v. WILLIAM MORROW & CO., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.   JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 84-1470.   FRANCOIS v. RAYBESTOS-MANHATTAN, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE POWELL would grant certiorari. ▮

No. 84-5972.   SMITH v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied. ▮

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 84-6145.   REYES v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari denied. ▮

JUSTICE WHITE, dissenting.

Because the decision in this case conflicts with *Bolanos-Hernandez* v. *INS*, 749 F. 2d 1316 (CA9 1984), I would grant certiorari in this case.